UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     v.                       )     NO. 2:20CR128-PPS/JEM<br>                              )<br>STEPHEN COLEMAN,              )<br>                              )<br>     Defendant.               ) | |

# ORDER

This matter is before me on the findings and recommendation of Magistrate Judge John E. Martin [DE 26] relating to defendant Stephen Coleman's agreement to enter a plea of guilty to Counts 1, 2, 3 and 4 of the indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure [DE 23]. Following a hearing on the record on September 23, 2021 [DE 26], Judge Martin found that defendant understands the charges, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty. Judge Martin recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. The parties have waived any objection to Judge Martin's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Stephen Coleman's plea of guilty, to which both parties have

waived any objection, the Court hereby ADOPTS the findings and recommendation [DE 26] in their entirety.

Defendant Stephen Coleman is adjudged GUILTY of Counts 1, 2, 3 and 4 of the indictment, four counts of Production of Child Pornography, in violation of 18 U.S.C. §2251(a).

The sentencing hearing is set for January 26, 2022 at 8:30 a.m. Hammond/Central time.

SO ORDERED.

ENTERED: October 12, 2021.

/s/ Philip P. Simon
UNITED STATES DISTRICT JUDGE